Case 1:04-cv-00095  Document 1  Filed in TXSD on 06/14/2004  Page 1 of 7

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

B-04-095

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

# United States District Court

| | |
|---|---|
| District | South Texas |
| Name of Movant: José E. Cardenas-Najera | Prisoner No. 23070-179 · Case No. 03-CR-185-ALL |
| Place of Confinement: U.S. Penitantery, Beaumont, Texas | |

UNITED STATES OF AMERICA    v.    José E. Cardenas-Najera
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __U.S. District Court, Southern District of Texas, Brownsville__

2. Date of judgment of conviction __July 28, 2003__

3. Length of sentence __U.S.S.G. - 70-Months__

4. Nature of offense involved (all counts) __Illegal Reentry after deportation 8 USC §1326(a) &(b)__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   __N/A__

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court _____ N/A _____

     (2) Nature of proceeding _____

     (3) Grounds raised _____

     (4) Did you receive an evidentiary hearing on your petition, application or motion?
     Yes ☐ No ☒

     (5) Result _____ N/A _____

     (6) Date of result _____ N/A _____

   (b) As to any second petition, application or motion give the same information:

     (1) Name of court _____ N/A _____

     (2) Nature of proceeding _____ N/A _____

     (3) Grounds raised _____ N/A _____

AO 243 (Rev. 5/85)

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐ No ☒

 (5) Result_____ N/A _____

 (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
 (1) First petition, etc. Yes ☐ No ☒
 (2) Second petition, etc. Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

 For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

 Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

 (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
((i)) Denial of effective assistance of counsel.
((j)) Denial of right of appeal.

A. Ground one: __Ineffective Assistance of Counsel under Sixth Amendment.__

Supporting FACTS (state *briefly* without citing cases or law) __Petitioner received a harsher sentence for failure to exclude a 16-year old prior drug conviction. Petitioner instructed counsel to appeal and counsel rebuffed defendant's instructions.__

B. Ground two: __Sentence exceeds prescribed Guidelines sentence.__

Supporting FACTS (state *briefly* without citing cases or law): __Petitioner should only be enhanced for one prior conviction and not two based on the age of California prior offense of 1986. Petitioner's sentence exceeds by at least 25 months.__

C. Ground three: __Failure to Appeal Constitutional Question of prior offense enhancement.__

Supporting FACTS (state *briefly* without citing cases or law): __Defense counsel could have but failed to join the list of petitions in higher courts as to the prior offense enhancement from maximum 2-year sentence under 8.USC. 1326(a).__

(5)

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

    Defense counsel rebuffed defendant's instructions to follow up on appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Reynaldo Cantu F.P.D.O. P.O. Box 2163, Brownsville, Texas 78522-2163

    (b) At arraignment and plea  Jaime M. Diez (CJA) 862 W. Price Rd. Brownsville, Texas 78520

    (c) At trial  N/A

    (d) At sentencing  SAME AS Plea

AO 243 (Rev. 5/85)

(e) On appeal __N/A__

(f) In any post-conviction proceeding __N/A__

(g) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: __N/A__

   (b) Give date and length of the above sentence: __N/A__

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_s/ Paralegal_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__June 7, 2004__
(date)

X _____
Signature of Movant

(7)

# CERTIFICATE OF SERVICE

I, José E. Cardenas-Najera hereby certify that I have served a true and correct copy of the following:

Which is seemed filed at the time it was deliver to prison authorities for forwarding, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States Attorney's Office
A.U.S.A. Oscar Ponce
600 E. Harrison Ste 201
Brownsville, Texas 78520-7114

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: 6th day of: June 2004

Jose E. Cardenas
(Name) # 23070-179

P.O. Box 26030
(Address)

Beaumont, Texas 77720
(City/State/Zip)