José E. Cardenas-Najera
#23070-179
P.O. Box 26030                                    June 8, 2004
Beaumont, Texas 77720
   (Pro-Se, Indigent Pauper)

United States District Court
Southern District of Texas
Brownsville Division

United States of America
        vs                           Case # 03-CR-185-ALL
José E. Cardenas-Najera              04cv-95

Motion to be Provided w/ Transcripts.

Comes now defendant Cardenas-Najera with his pro se (in forma pauperis) motion to be provided with copies of material record and transcripts to avail the complete preparation of meritorious 28 USC § 2255.

Petitioner request to revive indigent status and to be provided at government's expenses the following documents:
   1. Presentence Investigation Report Docket # **18**
   2. Objection to P.S.R. by defendant Docket # 21
   3. Sentencing hearing 7/28/03, Docket # 22 and # 25

-1-

Defendant asserts this documents to be essential to the preparation of his defense on the three issues presented or his §2255. Defendant hereby declares to be indigent to afford court cost or fees necessary for the reproduction of said material documents and moves for court order of production at government expenses.

Wherefore, having identified requested material and demonstrated need, defendant prays for a Court Order directing to provide indigent defendant with requested copie of said documents.

Executed this 8th day of June 2004

Respectfully Presented this 8th day of June 2004 via Houston v Lack, 487 U.S. 266 (1988) and on this day I declare to have delivered under first class postage to prison authorities.

c.c. AUSA Oscar Ponce
     600 E. Harrison Ste 201
     Brownsville, Texas 78520

*Jose E Cardenas*
José E. Cardenas-Najera
6/8/04