IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE E. CARDENAS-NAJERA, | § | |
| PETITIONER-DEFENDANT, | § | CIVIL NO. B-04-CV-0095 |
| VS, | § | CRIM. NO. 03-CR-185-ALL |
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT. | § | |

## PETITIONER'S 28 USC § 2255 MEMORANDUM IN SUPPORT

COMES NOW, PETITIONER Jose E. Cardenas-Najera, under pro se / indigent status with his Memorandum in Support of § 2255 Form filed pending order to show cause. Petitioner will show this Honorable Court as follows:

INEFFECTIVE ASSISTANCE OF COUNSEL:

Petitioner asserts to have instructed CJA counsel to file a notice of appeal and subsequently appeal the enhanced sentence. CJA Counsel rebuffed indigent defendant's instructions and thereby deprived him of his [C]onstitutional rights to appeal in violation of his Fifth and Sixth Amendment. "A criminal defendant has a constitutional right to receive effective assistance of counsel on direct appeal. See <u>Hughes v Booker</u>, 203 F3d 894,895 (5th. Cir. 2000); <u>U.S. v Phillips</u>, 210 F3d 345, 348 (5th. Cir. 2000), "solid, meritorious

arguments based on directly controlling precedent should be discovered and brought to the court's attention.", Citing <u>U.S. v Williamson</u>, 183 F3d 458, 462-63 (5th. Cir. 1999).

Plaintiff asserts to have objected during sentencing of the resusitated enhancements and 15-year old prior drug conviction that increased his base offense level. Petitioner was led to believe on his guilty plea of a certain sentence and was enhanced beyond the suggested sentence. See <u>U.S. v Guerra</u>, 94 F3d 989, 995 (5th. Cir. 1996), Phillips, Supra. , Glover, Infra.

The Supreme Court in Blakley v Washington, ___ S.Ct. ___ June 24, 2004), has recently held that enhancements not rendered by the guilty verdict or accepted by the defendant violates his due process/ jury trial right to have proof beyond reasonable doubt established before enhancement can be imposed. Petitioner asserts that such application exist and CJA counsel refused, rebuffed to preserve, object and raise the defense in the proper court, thereby, depriving petitioner of his constitutional rights.

WHEREFORE petitioner asserts to have been denied effective assistance of counsel at plea, sentencing and on direct appeal as of right. Petitioner prays for restoration of appeal rights and appointment of counsel on direct appeal.

-2-

PRIOR CONVICTION/SENTENCING:

Petitioner consolidates his prior conviction enhancement argument of pass due 15 year old prior drug conviction and the additional enhancements in violation of Blakley v Washington, Supra., for consideration of restoration of appeal rights and appointment of counsel. The harsher sentence received of 70-months instead of 24 under the statutory maximum absent prior conviction or within the prescribed Sentencing Guidelines without double counting, spurious enhancements.

The records reflect an objection and sentencing memorandum for reduction of sentence which the Court denied. This issue was preserved for appeal and CJA counsel abandoned this arguments as well valid non frivilous issues on appeal. CJA Counsel could have but failed to meet the standards of an Anders brief. Petitioner does pray for relief herein.

CONCLUSION

Petitioner asserts to have been denied the effective assistance of counsel guarantee under the Constitution and prays for all relief including all other relief the Court deems just and proper under similar circumstances and appointment of counsel for a hearing.

Jose E. Cardenas
Reg. # 23070-179
P.O. Box 26030 SHU.
Beaumont, Texas 77720-6030

8/26/04

Clerk of the Court
U.S. District Court
P.O. Box 61010
Houston, Texas 77208

US v. Cardenas, 1:04-CV-95
(03-CR-185-ALL)

Re: Returned Mail / Court Mailing Address.

Enclosed please find a motion filed July 21st 2004 but returned today marked "FOE". (See enclosed envelopes). Please consider my status in Segregation and acknowledge my letter and accept or forward my motions.

Sincerly yours
Jose Cardenas

CERTIFICATE OF SERVICE

AUSA OSCAR PONCE
UNITED STATES ATTORNEY'S OFFICE
600 E. HARRISON, SUITE 201
BROWNSVILLE, TEXAS   78520

EXECUTED this <u>21st</u>.day of July 2004

RESPECTFULLY PRESENTED this 21st. day of July 2004 via <u>Houston v Lack</u>, 484 U.S. 266 (1988) and on this day I declare to have served the Clerk of the Court with an original copy of said Memorandum of law in support of his § 2255.

*Jose Cardenas*
JOSE E. CARDENAS NAJERA
REG. NO. 23070-179
P.O. BOX 26030   SHU
BEAUMONT, TEXAS   77720-6030