AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

__Southern__ DISTRICT OF __Texas__

United States of America

v.

José E. Cardenas-Najera

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 03-CR-185-ALL
B-04-95

I, José E. Cardenas-Najera, declare that I am the (check appropriate box)

- ☐ petitioner/plaintiff
- ☒ movant (filing 28 U.S.C. 2255 motion)
- ☐ respondent/defendant
- ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Collateral Attack Motion §2255

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   1996

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐  No ☒
   b. Rent payments, interest or dividends?                    Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐  No ☒
   d. Gifts or inheritances?                                    Yes ☐  No ☒
   e. Any other sources?                                        Yes ☐  No ☒

| | | | |
|---|---|---|---|
| **Inmate Inquiry** | | | 🖨 PRINT |
| Inmate Reg #: | 23070179 | Current Institution: | Beaumont FCC |
| Inmate Name: | CARDENAS-NAJERA, JOSE | Housing Unit: | C B |
| Report Date: | 06/27/2004 | Living Quarters: | Z03-019L-AD |
| Report Time: | 5:31:28 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8574 |
| FRP Participation Status: | Refused |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/20/2003 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/24/2004 4:49:19 AM |
| Account Status: | Active |
| ITS Balance: | $5.06 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---:|---|
| Account Balance: | $111.60 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $111.60 |
| National 6 Months Deposits: | $100.00 |
| National 6 Months Withdrawals: | $99.50 |
| National 6 Months Avg Daily Balance: | $82.39 |
| Local Max. Balance - Prev. 30 Days: | $144.25 |
| Average Balance - Prev. 30 Days: | $112.37 |

## Commissary History

### Purchases

Validation Period Purchases: $36.15
YTD Purchases: $88.50
Last Sales Date: 6/22/2004 9:41:19 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $25.00
Expended Spending Limit: $21.35
Remaining Spending Limit: $3.65

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: