UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

JOSE E. CARDENAS-NAJERA  *
                        *
VS                      *    C.A. NO. B04-095
                        *    (Cr. No. B03-185)
UNITED STATES OF AMERICA *

### ORDER GRANTING MOTION TO BE PROVIDED WITH TRANSCRIPT

On September 10, 2004, came on to be considered Petitioner's Motion to be Provided with Transcripts, and the Court, having considered said Motion, finds that said motion should be and is hereby **GRANTED**.

The Clerk of Court shall provide the Petitioner with the transcript of the sentencing record.

DONE at Brownsville, Texas, this 10th day of September 2004.

_____
Felix Recio
United States Magistrate Judge