UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE E. CARDENAS-NAJERA, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-04-095 (CRIMINAL NO. B-03-185) |
| UNITED STATES OF AMERICA, Respondent. | § § | |

### ORDER

In the above styled and numbered 28 U.S.C. § 2255 cause of action Petitioner Jose E. Cardenas-Najera claims that he was denied effective assistance of counsel because his attorney did not file an appeal on his behalf after being instructed to do so. Petitioner and his former counsel have filed conflicting statements as to whether or not an appeal was requested. As such, the court deems it necessary to hold an evidentiary hearing to more fully develop the record in this case.

Therefore, the above case is set for an **evidentiary hearing** on **January 12, 2005 at 2:00 p.m.** Attorney Javier Villarreal is hereby appointed to represent Petitioner at said hearing. The United States Attorney must make available to Mr. Villarreal, in a timely manner, all pleadings and other documents relevant to the case. Furthermore, the United States Attorney is **ORDERED** to issue an administrative writ ad testificandum for Petitioner to consult with his counsel on January 6, 2005 and for his presence at the evidentiary hearing on January 12, 2005.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 9th day of December, 2004.

Felix Recio
United States Magistrate Judge