COURTROOM MINUTES: **Felix Recio Judge Presiding**
             Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | Rebecca Pinales |
| Court Reporter | : | Barbara Barnard |
| CSO | : | Daniel Figueroa |
| Law Clerk | : | Jason Scott |
| USPO | : | Thelma Garcia |
| Interpreter | : | Karen Pena |
| Date | : | **January 12, 2005 at 2:06 p.m. to 3:30 p.m.** |

United States District Court
Southern District of Texas
FILED

JAN 1 4 2005

Michael N. Milby
Clerk of Court

------------------------------------------------------------------

CIVIL CASE NO. **B-04-CV-95**
(Cr. No. B-03-185)

Jose E. Cardenas-Najera            *     Javier Villarreal

Vs

United States of America           *     Mark Dowd, AUSA

------------------------------------------------------------------

### EVIDENTIARY HEARING

Mark Dowd appeared for the Government; Javier Villarreal appeared with the Petitioner.

Attorney Villarreal addressed the Court.

Petitioner's 1st witness called to the stand: Petitioner, JOSE E. CARDENAS-NAJERA

Petitioner's 2nd witness called to the stand: Attorney Jaime Diez.

Petitioner's 3rd witness called to the stand: Michael Gonzalez, U.S. Probation Officer.

Closing arguments made.

Matter taken under advisement. The Court will file a report and recommendation.

Petitioner remanded to the custody of the U.S. Marshal.