AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER

*Read Instructions on Back.*

FOR United States District Court
Southern District of Texas
DUE DATE: FILED
JAN 18 2005
Michael N. Milby, Clerk of Court

| 1. NAME Felix Recio | 2. PHONE NUMBER 956/548-2701 | 3. DATE Jan 14, 2005 | | |
|---|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #203 | | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER C.A. B04-095 | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/12/05 | 11. TO 1/12/05 | |
| 12. CASE NAME Jose E. Cardenas-Najera vs USA | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Brownsville | 14. STATE Texas | |

15. ORDER FOR
☐ APPEAL     ☐ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL        ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary hearing | 1/12/05 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signed] Recio*

19. DATE Jan 14, 2005

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE 1/18/05 | BY RV | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

*(Previous editions of this form may still be used)*     ORIGINAL- COURT COPY     YELLOW- TRANSCRIPTION COPY     GREEN- ORDER RECEIPT     PINK- ORDER COPY