UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE E. CARDENAS-NAJERA,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-095 |
| | § | (CRIMINAL NO. B-03-185) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 11) is hereby GRANTED. Accordingly, Petitioner Jose E. Cardenas-Najera's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda Tagle
United States District Judge