United States District Court
Southern District of Texas
ENTERED

SEP 20 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE E. CARDENAS-NAJERA, <br> Petitioner, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. B-04-095 <br> (CRIMINAL NO. B-03-185) |
| UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 11) is hereby GRANTED. Accordingly, Petitioner Jose E. Cardenas-Najera's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this 16 day of September, 2005.

_____
Hilda Tagle
United States District Judge